IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00891-REB-CBS

JUNE HANSEN,

    Plaintiff,

v.

UNIVERSITY OF DENVER,

    Defendant.

---

**ORDER OF RECUSAL**

---

Magistrate Judge Craig B. Shaffer

    This matter was drawn to me upon the filing of the Complaint on April 17, 2009. Pursuant to the Order of Reference dated April 20, 2009 (doc. # 2), this civil action was referred to the Magistrate Judge to, inter alia, "[h]ear and determine pretrial matters, including discovery and other nondispositive motions . . . ."

    In accordance with 28 U.S.C. §§ 455(a), a Magistrate Judge "shall disqualify himself in any proceeding in which his impartiality might be reasonably be questioned." In view of my current position as an adjunct professor at the University of Denver's Sturm College of Law, I hereby recuse myself from this action. The Clerk of Court shall assign another magistrate judge to this case.

DATED at Denver, Colorado, this 4th day of May, 2009.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge