IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00891-REB-KLM

JUNE HANSEN,

    Plaintiff,

v.

UNIVERSITY OF DENVER,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend Complaint** [Docket No. 18; Filed August 26, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** due to Plaintiff's failure to comply with her duty to confer pursuant to D.C. Colo. L. Civ. R. 7.1(A). Local Rule 7.1(A) requires that the moving party make a reasonable, good-faith effort to ascertain the nonmoving party's position and certify the specific efforts she made for the Court to assess whether she has complied with the rule.  Plaintiff's certification falls short of the requirement of the rule as it fails to sufficiently apprise the Court of the extent of Plaintiff's attempt to confer or Defendant's position.

    Moreover, the Court notes that the Motion is untimely in that the pleading amendment deadline expired on August 21, 2009 [Docket No. 13].  To the extent that Plaintiff seeks to amend her Complaint outside the pleading amendment deadline, her motion must be supported by a statement of good cause for extension of the deadline pursuant to Fed. R. Civ. P. 16(b)(4) and a statement of excusable neglect for her failure to so move prior to the deadline's expiration pursuant to Fed. R. Civ. P. 6(b)(1)(B).

Dated:  August 27, 2009