IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00891-REB-KLM

JUNE HANSEN,

    Plaintiff,

v.

UNIVERSITY OF DENVER,

    Defendant(s).
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Renewed Motion to Amend Complaint (Unopposed)** [Docket No. 21; Filed September 1, 2009] (the "Motion").  As a preliminary matter, the Court notes that Plaintiff learned of the availability and timeliness of new claims prior to expiration of the pleading amendment deadline of August 21, 2009.  In regard to Plaintiff's previous attempt to amend her Complaint, the Court noted that Plaintiff must provide a statement of good cause for extension of the pleading amendment deadline pursuant to Fed. R. Civ. P. 16(b)(4) and a statement of excusable neglect for her failure to so move prior to the deadline's expiration pursuant to Fed. R. Civ. P. 6(b)(1)(B).  *See Order* [#20] at 1.  Despite my clear direction, the Motion fails to provide either, except for Plaintiff's recollection that she had informed the Court at the Scheduling Conference that her Complaint might need to be amended at a future date.  While this statement falls woefully short of satisfying either duty, because the Motion is unopposed,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court accepts Plaintiff's Second Amended Complaint [Docket No. 21-2] for filing as of the date of this Order.

    IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to the Second Amended Complaint on or before **September 18, 2009**.

Dated:  September 2, 2009

                                                    BY THE COURT:

                                                     s/ Kristen L. Mix
                                                    United States Magistrate Judge