**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00891-REB-CBS

JUNE HANSEN,

    Plaintiff,

v.

UNIVERSITY OF DENVER,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal with Prejudice** [#34] filed January 14, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice** [#34] filed January 14, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for June 4, 2010, is **VACATED**;

3. That the jury trial set to commence on June 21, 2010, is **VACATED**;

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 15, 2010, at Denver, Colorado.

                          BY THE COURT:

                          */s/ Robert E. Blackburn*
                          Robert E. Blackburn
                          United States District Judge